**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**RICO DARKS,**                    **CASE NO. 2:08-cv-00043**
                                   **JUDGE SMITH**
                                   **MAGISTRATE JUDGE KING**

       **Petitioner,**

**v.**

**TIMOTHY BRUNSMAN, Warden,**

       **Respondent.**

<u>**OPINION AND ORDER**</u>

On December 11, 2008, the Magistrate Judge issued a *Report and Recommendation* recommending that respondent's motion to dismiss be denied and that respondent be directed to file a response to the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 within thirty days. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** Respondent's motion to dismiss, Doc. No. 9, is **DENIED.** Respondent is **DIRECTED** to file a response to the petition which complies with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts within thirty (30) days.

       **IT IS SO ORDERED.**

                        <u> s/George C. Smith   </u>
                        GEORGE C. SMITH
                        United States District Judge